IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01433-CBS | Date: December 2, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

EDDIE MEDINA, JR.,   *Pro se*

Plaintiff,

v.

LAKESIDE PARK,   Carey Gagnon

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:50 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the claims in the complaint. Mr. Medina intends to dismiss the ADA claim.

**ORDERED:**   The Plaintiff is directed to file an amended complaint that sets forth the claim he is pursuing. The amended complaint shall lay out the specific facts that support the claim. The amended complaint shall be filed on or before **January 4, 2016.**

*[17] The Lakeside Park Co.'s Motion to Dismiss* is **DENIED without prejudice.**

Discussion regarding audio tape in the Plaintiff's possession.

Hearing Concluded.

**Court in recess: 10:07 a.m.**
Time in court: 00:17

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.